

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jason Daniel Mitchell, Jr.,

Vs. No. 11-22-00288-CR

The State of Texas,

\* From the 104th District Court
of Taylor County,
Trial Court No. 23155-B.

\* December 1, 2022

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Jason Daniel Mitchell, Jr.'s motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.